JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Pet'tinr ~~(OR PARTIES) AT~~ THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-23-13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC JEROME SMITH,<br><br>  Petitioner,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Case No. CV 13-0125-RGK (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 23, 2013

_____
R. GARY KLAUSNER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY