JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Pet tnv ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-23-13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC JEROME SMITH,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Case No. CV 13-0125-RGK (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Denying Petition and Dismissing Action,

　　IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 23, 2013

　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY